UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY DEWAYNE BAILEY,           )           Case No. 2:16-cv-02595-JAD-CWH
                                  )
       Plaintiff,                 )
                                  )
  v.                              )
                                  )
DOUGLAS HERNDON, et al,           )           **ORDER**
                                  )
       Defendants.                )
                                  )
_____)

      Plaintiff Anthony Dewayne Bailey, who is a prisoner in the custody of High Desert State Prison in Indian Springs, Nevada, submitted a civil rights complaint under 42 U.S.C. § 1983 on November 8, 2016. (ECF No. 1-1). Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*.

      Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

//
//
//
//
//
//
//
//

1

1       IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the information and instructions for filing an *in forma pauperis* application.

       IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee).  Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

       IT IS FURTHER ORDERED that the Clerk of the Court must retain the complaint (ECF No. 1-1), but must not file it at this time.

       DATED: November 15, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2